THE HONORABLE JOHN C. COUGHENOUR

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| JACOB B. GRZECZKOWSKI,<br><br>Plaintiff,<br><br>v.<br><br>CAROLYN W. COLVIN, Acting Commissioner of Social Security,<br><br>Defendant. | CASE NO. C12-1862-JCC<br><br>ORDER DISMISSING CASE |

This matter comes before the Court on the Report and Recommendation of the Honorable James P. Donohue, U.S. Magistrate Judge (Dkt. No. 23). No objections to the Report have been filed. The Court, after careful consideration of the plaintiff's complaint, the parties' briefs, all papers and exhibits filed in support and opposition thereto, the Report and Recommendation, and the balance of the record, does hereby find and ORDER:

(1) The Court adopts the Report and Recommendation.

(2) The final decision of the Commissioner is AFFIRMED and this case is dismissed with prejudice.

(3) The Clerk of the Court is directed to send copies of this order to the parties and to Judge Donohue.

//

1       DATED this 15th day of August 2013.

2

3

4

5

6

7                                                    John C. Coughenour
8                                                    UNITED STATES DISTRICT JUDGE

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

ORDER DISMISSING CASE
PAGE - 2